CLERK=S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. __________
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff , defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e=s) below.]

[ ] (a) relates to common property

[ ] (b) involves common issues of fact

[X] (c) grows out of the same event or transaction

[ ] (d) involves the validity or infringement of the same patent

[ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

***SEE ATTACHED**

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

____________________ v. ____________________ C.A. No. __________

**6/17/25**
DATE

/s/ Lori Rubin Garber
Signature of Plaintiff /Defendant (or counsel)

**RELATED CASES**

| Case Caption | Docket No. | Federal District Court |
|---|---|---|
| University Medical Center v. Kennedy | Civil Action No. 5:24-CV-198-O | N.D. Tex. |
| University Medical Center v. Kennedy | Civil Action No. 4:24-CV-816-O | N.D. Tex. |
| Baylor All Saints Medical Center v. Becerra | Civil Action No. 4:24-CV-156-O | N.D. Tex. |
| San Angelo Community Medical Center v. Kennedy | Civil Action No. 6:24-CV-063-H | N.D. Tex. |
| University Medical Center v. Kennedy | Civil Action No. 5:25-cv-023-H | N.D. Tex. |
| Hillcrest Baptist Medical Center v. Kennedy | Civil Action No. 6:24-cv-605-ADA | W.D. Tex. |
| Scott & White Memorial Hospital v. Kennedy | Civil Action No. 6:24-cv-620-ADA | W.D. Tex. |
| Scott & White Memorial Hospital v. Kennedy | Civil Action No. 6:25-cv-10-ADA | W.D. Tex. |
| Laredo Medical Center v. Kennedy | Civil Action No. 4:24-CV-03991 | S.D. Tex. |
| Houston Methodist Hospital v. Kennedy | Civil Action No. 4:25-cv-00142 | S.D. Tex. |
| College Station Medical Center v. Kennedy | Civil Action No. 4:25-cv-00851 | S.D. Tex. |
| Houston Methodist West Hospital v. Kennedy | Civil Action No. 4:25-cv-00380 | S.D. Tex. |
| Steward Melbourne Hospital v. Kennedy | Civil Action No. 6:24-cv-01907-WWB | M.D. Fla. |
| Bayfront Health – St. Petersburg v. Kennedy | 8:24-cv-02491-KKM | M.D. Fla. |
| Steward Rockledge Hospital v. Kennedy | Civil Action No. 6:24-cv-02111-RBD | M.D. Fla. |
| St. Cloud Regional Medical Center v. Kennedy | Civil Action No. 6:25-cv-38-CEM | M.D. Fla. |

| | | |
|---|---|---|
| North Okaloosa Medical Center v. Kennedy | Civil Action No. 3:24-cv-00638-TKW | N.D. Fla. |
| Highlands Regional Medical Center v. Kennedy | Civil Action No. 2:25-cv-14070-KMM | S.D. Fla. |
| Regional Hospital of Jackson v. Kennedy | Civil Action No. 1:25-cv-01016-STA | W.D. Tenn. |
| BETHESDA HEALTH, INC. et al v. ALEX M AZAR II | Civil Action No. 1:18-cv-00875-BAH | D. D.C. |
| BAYLOR MEDICAL CENTER AT IRVING v. ROBERT F. KENNEDY, JR. | Civil Action No. 1:25-cv-01868 | D. D.C. |
| PASCO REGIONAL MEDICAL CENTER v. ROBERT F. KENNEDY, JR. | Civil Action No. 1:25-cv-01872 | D. D.C. |
| SCOTT AND WHITE MEMORIAL HOSPITAL v. ROBERT F. KENNEDY, JR. | Civil Action No. 1:25-cv-01877 | D. D.C. |

**CERTIFICATE OF SERVICE**

On June 17, 2025, I hereby certify that I will cause the foregoing document to be served on the Defendant at the below addresses via the same means of service as the complaint in this action:

Robert F. Kennedy Jr.
Secretary of the United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Dated: June 17, 2025

Respectfully submitted,

/s/ Lori Rubin Garber

Lori Rubin Garber
D.C. Bar No. 1004240
FOLEY & LARDNER LLP
3000 K Street N.W.
Suite 600
Washington, D.C. 20003
Phone: (202) 672-5300
Email: lori.garber@foley.com

*Attorney for Plaintiff*