Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HOUSTON METHODIST SUGAR LAND HOSPITAL

    Plaintiff

    vs.

ROBERT F. KENNEDY, JR.

    Defendant

Civil No. 25-1906 (LLA)

Category C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  6/20/2025  from  Judge Beryl A. Howell

to  Judge Loren L. AliKhan  by direction of the Calendar Committee.

(Case Not Related)

JUDGE RUDOLPH CONTRERAS

Chair, Calendar and Case Management Committee

cc:  Judge Beryl A. Howell  & Courtroom Deputy

    Judge Loren L. AliKhan  & Courtroom Deputy
Liaison, Calendar and Case Management Committee